# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-21-BLG-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| KINSEY N. MINER, | |
| Defendant. | |

Defendant Kinsey N. Miner has moved for early termination of her current term of supervised release. (Doc. 52). The Government does not oppose the motion. Ms. Miner's probation officer confirms that Ms. Miner has complied with her supervision conditions. The Court conducted a hearing on the motion on March 19, 2019. For the reasons below, the Court will grant Ms. Miner's motion.

The Court sentenced Ms. Miner to thirty-seven (37) months with five (5) years of supervised release to follow, on May 29, 2013. (Doc. 53). Ms. Miner plead guilty to Conspiracy to Possess Methamphetamine with Intent to Distribute. (Doc. 20). The Court reduced Ms. Miner's term to thirty (30) months on July 28, 2015. (Doc. 53 at 2). Ms. Miner's supervised release commenced on October 22, 2015. *Id.* Ms. Miner tested positive for hydrocodone in April 2016. *Id.* at 3. Ms. Miner was not formally revoked but had additional conditions placed on her. *Id.* Ms. Miner completed intensive outpatient treatment and has tested clean since her

positive test in 2016.  *Id.* at 4.  Ms. Miner has received zero formal revocations.  *Id.*

Ms. Miner obtained her license as a Certified Nursing Assistant and is currently employed at Parkview Care Center in Billings, Montana.  *Id.*  Ms. Miner is currently raising four young boys and has proven to be a committed mother.  *Id.*  Ms. Miner's family is very proud of her accomplishments.  *Id.*

Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c).  The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Ms. Miner has complied with her supervision conditions.  Ms. Miner has demonstrated she is able to conform her conduct to the law.  Ms. Miner does not pose a threat to the community.  The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

//

//

//

//

# ORDER

Accordingly, **IT IS ORDERED** that Ms. Miner's Motion for Early Termination of Supervised Release (Doc. 52) is **GRANTED**.

DATED this 19th day of March, 2019.

Brian Morris
United States District Court Judge